| AO-10 Rev. 1/94 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 1994 | Report Required by the Ethics Reform Act of 1989, Feb. 1. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) Fenner, Gary A. | 2. Court or Organization U.S. District Court, Western District of Missouri | 3. Date of Report 12 / 14 /95 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) United States District Judge | 5. Report Type (check appropriate type) X Nomination, Date 12/12 95 ___ Initial ___ Annual ___ Final | 6. Reporting Period 1/1 /94 -12/1 /95 |
| 7. Chambers or Office Address Missouri Court of Appeals, WD 1300 Oak Street Kansas City, MO 64106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date ___ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions) | |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] NONE (No reportable agreements) | |
| _____ | At age 60 I will be eligible to receive annual retirement benefits from the |
| _____ | State of Missouri, equal to one-half my highest state salary. I have no |
| _____ | control in regard to this agreement, other than electing to receive the benef |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income) | | |
| 1. 1995 | State of Missouri - Judicial Salary to December 1, 1995 | $ 83,587.37 |
| 2. 1995 | Professional Secretaries International - Salary, Manager of Dept. of Education | $ (S) |
| 3. 1994 | State of Missouri - Judicial Salary | $87,570.10 |
| 4. 1994 | Professional Secretaries International - Salary, Manager of | $ (S) |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Gary A. Fenner | Date of Report<br>12 / 14/ 95 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE  (No such reportable reimbursements or gifts) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. OTHER GIFTS.   (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children; respectively. See pp. 30-33 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE  (No such reportable gifts) | | |
| 1 | Exempt | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES.   (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child.  See pp. 34-36 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | X  NONE  (No reportable liabilities) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gary A. Fenner | 12/14 /85 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse
and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Amt.1 Code (A-H) | Type (e.g., div., rent or Int.) | Value1 Code (J-P) | Value Method) Code (Q-W) | Type (e.g. buy, sell, merger, redemp- tion) | (2) Date: Month- Day | (3) Value2 Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | EXEMPT | | | | | |
| 1  2515 Forest Avenue St. Joseph, MO  (J) | A | NONE | L | R | | | | | |
| 2  Angeles Partners XIV (Ltd. Ptsp.)  (J) | A | INT | J | U | | | | | |
| 3  Angeles Partners XIV (Ltd. Ptsp.)  (J) | A | DIV | J | U | | | | | |
| 4  Carlyle RE Ltd. Ptsp. XV  (J) | A | INT | J | U | | | | | |
| 5  Carlyle RE Ltd. Ptsp. XV  (J) | A | DIV | J | U | | | | | |
| 6  Galaxy Cablevision (Ltd. Ptsp.)  (J) | A | INT | J | U | | | | | |
| 7  Galaxy Cablevision (Ltd. Ptsp.)  (J) | A | DIV | J | U | | | | | |
| 8  Boatmen's Bank  (J) Kansas City, MO | A | INT | K | T | | | | | |
| 9  Commerce Bank  (J) St. Joseph, MO | A | INT | J | T | | | | | |
| 10  Mercantile Bank  (J) St. Joseph, MO | A | INT | K | T | | | | | |
| 11  Midland Bank  (J) Kansas City, MO | D | INT | L | T | | | | | |
| 12  Applebee's Inc.  (J) Common Stock | A | DIV | J | T | | | | | |
| 13  Banc One Corp.  (J) Common Stock | A | DIV | J | T | | | | | |
| 14  Boatman's Bancshares, Inc  (J) Common Stock | A | DIV | J | T | | | | | |
| 15  Kerr McGee Corp.  (J) Common Stock | A | DIV | J | T | | | | | |
| 16  Lord Abbett & Co.  (J) Affiliated Fund (Mutual) | C | DIV | K | T | | | | | |
| 17  Mattel, Inc.  (J) Common Stock | A | DIV | K | T | | | | | |
| 18  MFS Comm. Co. Inc.  (J) Common Stock | A | DIV | J | T | | | | | |

1  Income/Gain Codes: A-$1,000 or less  B-$1,001 to $2,500  C-$2,501 to $5,000  D-$5,000 to $15,000
(See Col. B1 & D4)

2  Value Codes:  J-$15,000 or less  K-$15,001 to $50,000  L-$50,001 to $100,000  M-$100,001 to $250,000

Digitized by Google

PART VII. CONTINUED

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Gary A. Fenner | 12/14 /95 |

**VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions** (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(S)" individual and spouse, "(J)" joint or separate ownership by spouse, parent or child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code (J-P) | (2) Value Methods Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transactions) | |
| **NONE** (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | | |
| 1 New Economy Fund (J) (Mutual Fund) | B | DIV | K | T | | | | | | |
| 2 Regional Operations Group (J) | A | DIV | J | T | | | | | | |
| 3 Sunoco Common Stock (J) | A | DIV | J | T | | | | | | |
| 4 Vankampen Merritt (J) MO Municipal Income Trust | A | DIV | J | T | | | | | | |
| 5 Wal-Mart (J) Common Stock | A | DIV | K | T | | | | | | |
| 6 Home Shopping Network (J) Common Stock | A | NONE | J | T | | | | | | |
| 7 Oryx (J) Common Stock | A | NONE | J | T | | | | | | |
| 8 U.S. Treasury Coupon (J) | A | NONE | J | T | | | | | | |
| 9 Twentieth Century Mutual Fund | A | NONE | J | T | | | | | | |
| 10 Twentieth Century Mutual Fund (S) | A | NONE | J | T | | | | | | |
| 11 AMCAP Fund (Mutual Fund) | B | DIV | K | T | | | | | | |
| 12 Europacific Growth Fund (Mutual Fund) | A | DIV | J | T | | | | | | |
| 13 Investment Co. of America (Mutual Fund) | A | DIV | J | T | | | | | | |
| 14 New Perspective Fund (Mutual Fund) | A | DIV | J | T | | | | | | |
| 15 AMCAP Fund (S) (Mutual Fund) | B | DIV | K | T | | | | | | |
| 16 Europacific Growth Fund (S) (Mutual Fund) | B | DIV | K | T | | | | | | |
| 17 Investment Co. of America (Mutual Fund) (S) | B | DIV | K | T | | | | | | |
| 18 New Perspective Fund (S) (Mutual Fund) | A | DIV | J | T | | | | | | |

Income/Gain Codes:  A-$1,000 or less  B-$1,001 to $2,500  C-$2,501 to $5,000  D-$5,001 to $15,000  E-$15,001 to $50,000

Value Codes:  J-$15,000 or less  K-$15,001 to $50,000  L-$50,001 to $100,000  M-$100,001 to $1,000,000  N-$1,000,001 to $250,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br><br>Gary A. Fenner | Date of Report<br><br>12-14-95 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

Part VII.   Investments and Trusts - Continued

1.   2515 Forest Avenue, St. Joseph, Missouri, was purchased on March 22, 1993, for the amount of $50,000.  My mother holds a life estate in this property.  My spouse and I jointly own the remainder interest.

Part VII.   Investments and Trusts - Continued

2.   Regional Operations Group is payer for tax purposes for Missouri Housing Bonds held by Birchtree Financial Services, Kansas City, Missouri.

## IX.  CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____Gary A. Fenner_____          Date __12-14-95__

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
One Columbus Circle, N.E., Suite 2-301,
Washington, DC 20544

Digitized by Google